Jeffrey A. Kobulnick, SB# 228299
E-Mail: jkobulnick@lewitthackman.com
LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN
16633 Ventura Boulevard, 11th Floor
Encino, California 91436-1865
Telephone: (818) 990-2120
Facsimile: (818) 981-4764

Erin C. Johnson, Esq. (*Pro hac vice*)
E-Mail: ecjohnsen@garnerlegal.com
GARNER, GINSBURG & JOHNSEN, P.A.
333 Washington Ave. N., Suite 300
Minneapolis, MN 55401
Telephone: (612) 259-4800
Facsimile: (612) 259-4810

*Attorneys for Plaintiffs*



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'S GONE BATTY, INC., a California corporation; and DAMARA ARSANIS, an individual, and DAX ARSANIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SPIRIT HALLOWEEN SUPERSTORES, LLC, a Delaware limited liability company,<br><br>Defendant, | Case No. 5:25-cv-00810-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs D's Gone Batty, Inc., Dax Arsanis, and Damara Arsanis and Defendant Spirit Halloween Superstores, LLC, by and through their respective, undersigned counsel, do stipulate and agree that this action be dismissed with prejudice and with each party to bear his, her or its own attorney's fees, costs and expenses of the litigation.

| | |
|---|---|
| Dated: October 13, 2025 | **GARNER, GINSBURG & JOHNSEN, P.A.** |
| | */s/ Erin C. Johnsen* <br> Erin C. Johnsen |
| | **LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN** |
| | */s/ Jeffrey A. Kobulnick* <br> Jeffrey A. Kobulnick <br> Attorneys for Plaintiffs |
| Dated: October 13, 2025 | **DLA PIPER LLP (US)** |
| | */s/ Barry M. Heller* <br> Barry M. Heller |
| | */s/Desiree Moshayedi* <br> Attorneys for Defendant |

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that each of the other signatories have concurred in the filing of this document.

*/s/ Erin C. Johnsen*
Erin C. Johnsen